UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LINDA HANSON,<br><br>    Plaintiff,<br><br>    v.<br><br>BONDED ADJUSTMENT COMPANY,<br><br>    Defendant. | NO. 2:18-cv-00234-SAB<br><br>**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITHOUT PREJUDICE** |

Before the Court is the parties' Stipulated Motion and Order to Dismiss Case With Without Prejudice, ECF No. 9. The motion was heard without oral argument. The parties ask the Court to dismiss Plaintiff's Complaint without prejudice and without costs or fees.

//
//
//
//
//
//
//
//
//
//

**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITHOUT PREJUDICE ~ 1**

Accordingly, **IT IS ORDERED**:

1. The parties' Stipulated Motion of Dismissal of Complaint With Without Prejudice, ECF No. 9, is **GRANTED**.

2. The above-captioned case is **DISMISSED without prejudice** and without costs or fees to any party.

3. That aAll deadlines are **VACATED** and any pending motions are **DENIED as moot.**

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and close the file.

**DATED** this 27th day of November, 2018.



Stanley A. Bastian
United States District Judge

**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITHOUT PREJUDICE ~ 2**